MR, Ronald Lee Alexander SR.

12,025-02,03,04,
05,06,07,08

#830441          4F28B

Mark W. stiles Unit

3060 Fm 3514

Beaumont, Tx 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

November 6, 2015

RE: Requesting all documents/ write/ decision
files in cause no# 279738 from the
176th Dist. court in Ronald L. Alexander

Honorable Clerk

I am requesting the deposition and decisions in all writs
that was filed in this court under cause no# 279738-
from the 176th District court Judge Brian Rains, in Harris
County - Houston, Texas.

Thanks for your assistant!

Sincerely,

Ronald L. Alexander Sr.

#830441    stiles unit